UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE GROGAN-FULLER<br>6427 Osprey Court<br>Woodbridge, Virginia 22193<br><br>and<br><br>BERNARD FULLER<br>6427 Osprey Court<br>Woodbridge, Virginia 22193<br><br>      Plaintiffs<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br>and<br><br>REPAINTEX COMPANY<br>d/b/a REPAINTEX<br>116-H Edwards Ferry Road NE<br>Leesburg, Virginia 20176<br><br>SERVE:   Repaintex Company<br>           116-H Edwards Ferry Rd NE<br>           Leesburg, Virginia 20176<br>           Attn: Carlos Acosta, CEO<br><br>      Defendants. | :<br>:<br>:<br>:   Case No.:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## COMPLAINT

COME NOW, Plaintiffs Stephanie Grogan-Fuller and Bernard Fuller, by counsel, and hereby brings this cause of action against Defendants UNITED STATES OF AMERICA and REPAINTEX COMPANY (hereinafter "Defendant Repaintex"), and states as follows:

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

## JURISDICTION, VENUE, AND PARTIES

1. Jurisdiction of this Court over Defendant United States of America is invoked pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b) and §§ 2671, *et seq.*

2. Plaintiff Stephanie Grogan-Fuller is a resident of the Commonwealth of Virginia.

3. Plaintiff Bernard Fuller is a resident of the Commonwealth of Virginia and the husband of Plaintiff Stephanie Grogan-Fuller at all times relevant hereto.

4. The cause of this action arose in the District of Columbia, thus venue properly lies with this Court pursuant to 28 U.S.C. § 1402(b) and § 1391(e).

5. Upon information, knowledge, and belief Defendant United States of America owned, operated, and maintained the Orville Wright Building located at 800 Independence Avenue SW, Washington, DC 20591 at all times relevant hereto.

6. Upon information, knowledge, and belief Defendant Repaintex is a business organized under the laws of the State of Virginia, with its principal place of business located in the State of Virginia, and which regularly conducts business in the District of Columbia. At all times relevant hereto, Defendant Repaintex provided facility maintenance and janitorial services for the Orville Wright Building located at 800 Independence Avenue SW, Washington, DC 20591.

7. Notice of Plaintiffs' tort claims were received by the United States through its agency the Federal Aviation Administration on or about November 10, 2016. Plaintiffs' claims were denied by the Federal Aviation Administration on June 1, 2017. Plaintiffs now file this Complaint in compliance with the requirements under the Federal Tort

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

Claims Act.

## FACTS

8. Plaintiffs incorporate by reference all other paragraphs of the Complaint as if fully alleged herein, and further allege as follows:

9. On December 28, 2015, at approximately 10:00 a.m., Plaintiff Stephanie Grogan-Fuller was walking down a fifth floor hallway of the west wing of the Orville Wright Building located at 800 Independence Avenue SW, Washington, DC 20591 when she slipped on water that had accumulated on the floor as a result of a water leak and fell onto her knees.

10. Defendants knew, or should have known, about the presence of the water on the hallway floor.

11. As a result of the fall, Plaintiff Stephanie Grogan-Fuller sustained serious and permanent bodily injuries, including, but not limited to, injuries to her back, left knee, right knee, and left wrist.

12. Plaintiff Stephanie Grogan-Fuller has experienced extreme pain, discomfort, and inconvenience as a result of this incident and her injuries have required extended orthopedic care, including physical therapy.

### COUNT I – Negligence – Defendant United State of America

13. Plaintiffs incorporate by reference all other paragraphs of the Complaint as if fully alleged herein, and further allege as follows:

14. Defendant United States of America and its agents, employees and/or servants, including, but not limited to, its agency the Federal Aviation Administration and its agents, employees and/or servants, had a duty to inspect the hallway to ensure that

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

dangerous conditions, such as the accumulated water, did not exist on the premises, including in the hallways.

15. Defendant United States of America had notice of the dangerous condition; further, Defendant United States of America knew, or in the exercise of ordinary care should have known, that the standing water on the floor of the hallway posted a danger to individuals walking in the hallway.

16. Thus, Defendant United States of America had a duty to either remedy or warn Plaintiff Stephanie Grogan-Fuller of the dangerous condition.

17. Defendant United States of America breached its duty when it failed to remedy the situation or provide sufficient warning of the hazard.

18. As a direct and proximate result of the negligence of Defendant United States of America in causing the accident, Plaintiff Stephanie Grogan-Fuller has suffered and will continue to suffer much mental pain and anguish; permanent injuries; has incurred medical expenses and will continue to incur medical expenses for medical and hospital care in connection with the incident; has incurred and will continue to incur lost wages; and has suffered and will continue to suffer the mental and physical pain and suffering and emotional distress associated with all of the above.

## **COUNT II – Negligence – Defendant Repaintex**

19. Plaintiffs incorporate by reference all other paragraphs of the Complaint as if fully alleged herein, and further allege as follows:

20. Defendant Repaintex and its agents, employees and/or servants, as the facility maintenance and janitorial services contractor for the Orville Wright Building located at 800 Independence Avenue SW, Washington, DC 20591, had a duty to perform

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

its contract in a reasonably safe manner and to exercise reasonable care in the performance of the contract and under the circumstances to keep the premises reasonably safe for persons who are lawfully upon the property, to include a duty to inspect the hallway to ensure that dangerous conditions, such as the accumulated water, did not exist on the premises, including in the hallways.

21. Defendant Repaintex had notice of the dangerous condition; further, Defendant Repaintex knew, or in the exercise of ordinary care should have known, that the standing water on the floor of the hallway posted a danger to individuals walking in the hallway.

22. Thus, Defendant Repaintex had a duty to either remedy or warn Plaintiff Stephanie Grogan-Fuller of the dangerous condition.

23. Defendant Repaintex breached its duty when it failed to remedy the situation or provide sufficient warning of the hazard.

24. As a direct and proximate result of the negligence of Defendant Repaintex in causing the accident, Plaintiff Stephanie Grogan-Fuller has suffered and will continue to suffer much mental pain and anguish; permanent injuries; has incurred medical expenses and will continue to incur medical expenses for medical and hospital care in connection with the incident; has incurred and will continue to incur lost wages; and has suffered and will continue to suffer the mental and physical pain and suffering and emotional distress associated with all of the above.

### COUNT III – Vicarious Liability – Defendant United States of America

25. Plaintiffs incorporate by reference all other paragraphs of the Complaint as if fully alleged herein, and further allege as follows:

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

26. At all times relevant herein, Defendant Repaintex, who acted negligently as described above, was acting as an agent of Defendant United States of America pursuant to a contract for services.

27. Under the doctrine of respondeat superior, Defendant United States of America is liable for the negligence of its agents.

28. As a direct and proximate result of the negligent actions of Defendant Repaintex undertaken pursuant to an agency relationship with Defendant United States of America, Plaintiff Stephanie Grogan-Fuller has suffered and will continue to suffer much mental pain and anguish; permanent injuries; has incurred medical expenses and will continue to incur medical expenses for medical and hospital care in connection with the incident; has incurred and will continue to incur lost wages; and has suffered and will continue to suffer the mental and physical pain and suffering and emotional distress associated with all of the above.

## COUNT IV – Loss of Consortium – Defendants United State of America and Repaintex

29. Plaintiffs incorporate by reference all other paragraphs of the Complaint as if fully alleged herein, and further alleges as follows:

30. Plaintiffs were married at the time the cause of action arose and continue to be married.

31. As a direct and proximate result of Defendants' negligence, Plaintiff Bernard Fuller suffered, and continues to suffer, a loss of consortium with his wife, including, but not limited to, a loss of his wife's support, services, society, companionship, love, affection, aid, cooperation, marital relations and comfort due to the serious injuries

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

and damages suffered by Plaintiff Stephanie Grogan-Fuller.

## PRAYER FOR RELIEF

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully demand judgment against Defendants, jointly and severally, in the full and just amount of Five Hundred Thousand Dollars ($500,000.00) plus costs and interest, along with any other relief this Court deems just and proper.

Respectfully submitted,

KOONZ, MCKENNEY, JOHNSON,
DEPAOLIS & LIGHTFOOT, LLP

_____
Justin M. Beall
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
(202) 659-5500
(202) 785-3719 facsimile
jbeall@koonz.com

## JURY TRIAL DEMAND

Plaintiffs requests a jury trial on all counts against Defendants United States of America and Repaintex.

_____
Justin M. Beall, Esq.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500